USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. 24-cr-371-SS

USAO#:    2022R01229

United States Courts
Southern District of Texas

SUPERSEDING INDICTMENT

Filed: _____ FILED _____    Judge: **Rosenthal**

*December 18, 2025*

UNITED STATES of AMERICA
vs.

Nathan Ochsner, Clerk of Court
ATTORNEYS:
NICHOLAS J. GANJEI, USA          (713) 567-9000
MICHAEL E. DAY, AUSA            (713) 567-9000

| Defendant | Attorney | Appt'd | Private |
|---|---|:---:|:---:|
| Shelibra Jones (Cts.1, 9, 10, 14, 15, 16, 17, 18, 20) | Chip Lewis/ Erin Epley | ☐ | ☐ |
| Kimberly Perkins (Cts.1, 2) | Katryna Spearman | ☐ | ☐ |
| Magnolia Underwood (Cts.1, 3) | Ali Fazel | ☐ | ☐ |
| Nicholas Yoder (Ct.4) | Celeste Brown | ☐ | ☐ |
| Theane Foster (Cts.4, 5) | Brock White | ☐ | ☐ |
| Christal Lopez (Cts.4, 6) | Lindsay Lopez | ☐ | ☐ |
| Pamela Yoder (Cts.4, 7) | Monique Sparks | ☐ | ☐ |
| Deleon Borders (Cts.4, 8) | Andrew Williams | ☐ | ☐ |
| Curtis Holliday (Ct.9) | Robert Reed | ☐ | ☐ |
| Xavier Francis (Ct.9) | Edward Mallett | ☐ | ☐ |
| Tierra Celestine (Ct.9) | Joseph Vinas | ☐ | ☐ |
| Derrick Washington (Ct.11) | Thomas Martin | ☐ | ☐ |
| Dralanjala Rachell Johnson (Cts.11, 12) | Brett Podolsky / Maxim Ravinovich | ☐ | ☐ |
| Destynee Washington (Cts.11, 13) | Neal Davis III | ☐ | ☐ |
| Patrick Brown (Ct.17) | Gus Saper | ☐ | ☐ |
| Michael Ford, Jr. (Cts.17, 18, 19) | R Trent Gaither | ☐ | ☐ |
| Antoinette Green (Cts.21, 22) | Eugene Tausk | ☐ | ☐ |
| Amir Khan (Cts.23, 24) | | ☐ | ☐ |
| Rashad Mi Derrick (Cts.23, 25) | Justin Dees | ☐ | ☐ |
| Roemello Burros (Ct.26) | Heather Hughes FPD | ☐ | ☐ |
| Sheba Muharib (Ct.27) | Leira Gracia | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Cts. 1, 4, 9, 11, 14, 17, 21, 23, 26 & 27: Conspiracy to Commit Wire Fraud [18 U.S.C. §§ 1349 and 1343]
Cts. 2-3, 5-8, 10, 12-13, 15-16, 18-20, 22, 24 & 25: Wire Fraud  [18 U.S.C. §§ 1343 and 2(a)]
Ct. 27: Crimes by or Affecting Persons Engaged in the Business of Insurance [18 U.S.C. §§ 1033 (e)(1)(B) and 2]

Charges Total Counts (27)

**PENALTY:**
Cts. 1-26: Not more than 20 years imprisonment; a fine of up to $250,000; up to 3 years supervised release, and a $100 special assessment, per count.
Ct. 27: Not more than 5 years imprisonment; a fine of up to $250,000; up to 3 years supervised release and $100 special assessment.

NOTICE OF FORFEITURE:  [18 U.S.C. § 982 (a)(2)(A)]

☑ In Jail

Nicholas Yoder
Curtis Holliday
Xavier Francis
Romello Burros

☑ On Bond 

Shelibra Jones
Kimberly Perkins
Magnolia Underwood
Theane Foster
Christal Lopez
Pamela Yoder
Deleon Borders
Tierra Celestine
Derrick Washington
Dralanjala Rachell Johnson
Destynee Washington
Patrick Brown
Michael Ford, Jr.
Antoinette Green
Rashad Mi Derrick
Sheba Muharib

NAME & ADDRESS
of Surety

☑ No Arrest     Amir Khan

# PROCEEDINGS:

| |
| --- |
| |
| |
| |